# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-22-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| KENNETH SKUNKCAP, | |
| Defendant. | |

Defendant **Kenneth Skunkcap** having filed an Unopposed Motion to Dismiss Petition and Vacate Hearing and there being no objection from the Government;

IT IS HEREBY ORDERED that the Petition in this case is DISMISSED and Final Revocation Hearing set for **Tuesday, April 21, 2020** is VACATED.

DATED this 7th day of April, 2020.

Brian Morris, Chief District Judge
United State District Court